UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:06-CR-41 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| JODI OLIVENT | ) | |

MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(c) for disposition or report and recommendation regarding disposition by the district court as appropriate.

The defendant personally appeared before the undersigned on November 21, 2006, for a hearing on a Motion to Withdraw as Counsel filed by Joe Nicholson and Robert White [Doc. 23]. Tracee Plowell, Assistant United States Attorney was present representing the government and Joe Nicholson and Robert White were present representing the defendant. Mr. White stated in open court that the defendant has not met his financial obligation to them but more importantly, the defendant disagrees as to how the case should be handled. The government stated they did not have any objections to the motion. The Court finds the motion is appropriate and **GRANTS** the motion. The defendant stated he understands the motion and wishes to have new counsel appointed. Mr. Joe Nicholson and Mr. Robert White are relieved of their duties as co-counsel for the defendant. Ms. Elizabeth Barger Ford was present in Court and accepted the appointment of Counsel for the defendant. An Order of Appointment of Appointment of Counsel [Doc. 26] was entered on November 21, 2006.

It is therefore **ORDERED** the Motion to Withdraw as Counsel **[Doc. 23]** is hereby **GRANTED** and Elizabeth Barger Ford is substituted as counsel of record for Mr. Olivent, in the place and stead of Joe Nicholson and Robert White.

**ENTERED:**

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge